

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00650-CV

**IN THE INTEREST OF L.J.C.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00691
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant because she is indigent.

SIGNED March 26, 2025.

_____
Rebeca C. Martinez, Chief Justice